684 A.2d 120

COMMONWEALTH of Pennsylvania, Appellant,

v.

Colleen COMERFORD.

Supreme Court of Pennsylvania.

Argued Oct. 18, 1996.

Decided Nov. 8, 1996.

Catherine Marshall, Peter J. Gardner, Philadelphia, for Com.

F. Emmett Fitzpatrick, Philadelphia, for C. Comerford.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.